IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY BROWN, ET AL., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 04-1517-KAJ |
| | ) |
| TROY DENNIS, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington, this **4th** day of **May, 2005**, there having been no activity in the above captioned case since January 12, 2005;

IT IS ORDERED that, on or before May 16, 2005, plaintiffs shall show cause why the above-captioned action should not be dismissed for failure to prosecute. FAILURE TO TIMELY RESPOND TO THIS ORDER SHALL RESULT IN DISMISSAL OF THE ACTION.

                                               UNITED STATES DISTRICT JUDGE