IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

F I L E D

JUL 8 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| TIMOTHY BROWN, ET AL., | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-1517-KAJ |
| TROY DENNIS, | ) |
| Defendant. | ) |

## ORDER

At Wilmington, this **8th** day of **July, 2005**, plaintiffs having failed to inform the Court of their intention to pursue this litigation as directed in the Court's order issued on May 4, 2005 (D.I. 6);

IT IS ORDERED that the above captioned action is dismissed for failure to prosecute, pursuant to D.Del. LR 41.1.

_____
UNITED STATES DISTRICT JUDGE